1

**JS-6**

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  AVERY ARMANI,                    )   CV 13-7058 RSWL (RZx)
                                     )
13                                   )
                Plaintiff,           )   **JUDGMENT**
14                                   )
                                     )
15       v.                          )
                                     )
16                                   )
    NORTHWESTERN MUTUAL LIFE         )
17  INSURANCE COMPANY, a             )
    corporation; DOES 1 through )
18  10, INCLUSIVE,                   )
                                     )
19                                   )
                Defendants.          )
20                                   )
                                     )
21                                   )
                                     )
22  _____     )

23       On November 17, 2014, the above matter commenced in

24  a bench trial before this Court.  After consideration

25  of all evidence presented, **IT IS ORDERED AND ADJUDGED**

26  that Plaintiff is awarded nine days of benefits for the

27  period of July 9, 2013 to July 17, 2013.  The Court

28  finds that Plaintiff has not shown by a preponderance

1  of the evidence that he is entitled to relief based on
2  disability from any occupation.  Accordingly, the Court
3  awards judgment to Defendant on that issue.
4
5
6  **IT IS SO ORDERED.**
7  DATED: November 25, 2014
8
9

RONALD S.W. LEW

_____

**HONORABLE RONALD S.W. LEW**

Senior U.S. District Judge

2