# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY ARMANI, | CV 13-07058 RSWL (RZx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a corporation; DOES 1 through 10, INCLUSIVE, | |
| Defendant. | |

**WHEREAS**, the Court received the Ninth Circuit's Order dated May 8, 2017 granting Plaintiff Avery Armani's ("Plaintiff") Writ of Mandamus [44].

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Plaintiff and against Defendant Northwestern Mutual Life Insurance Company ("Defendant"). Defendant shall pay to Plaintiff all accrued unpaid benefits plus interest due to him under the Renaissance Insurance Agency, Inc. disability plan to the date of judgment; reinstate Plaintiff to the

1  disability plan; and timely pay future disability
2  benefits until such time as Plaintiff is no longer
3  eligible to receive disability benefits under the
4  provisions of the plan.  This action is hereby
5  dismissed in its entirety.  Plaintiff shall recover his
6  costs in this action and may make a motion to the Court
7  for attorney's fees.
8  **IT IS SO ORDERED.**
9  DATED: May 18, 2017           s/ RONALD S.W. LEW
                                 _____
10                               **HONORABLE RONALD S.W. LEW**
                                 Senior U.S. District Judge